```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Christina D. Nenov,

                    Plaintiff,
                                              08 Civ. 1814(RWS)
         vs.
                                                 O R D E R
Hachette Filipacchi Media U.S., Inc.

                    Defendant.
------------------------------------X
```

**Sweet, D.J.,**

For failure to prosecute, this action is hereby dismissed without prejudice. Plaintiff is given an additional thirty(30) days to show cause why the case should be reopened.

It is so ordered.

New York, NY
July 9, 2008

_____
ROBERT W. SWEET
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```